UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL DE PORCERI,<br><br>              Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; CIGNA CORPORATION; APPLE, INC.'S LONG TERM DISABILITY PLAN; and DOES 1-10, inclusive,<br><br>              Defendants. | Case No. C-13-5157-RMW<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>**Re: Docket No. 23** |

**IT IS HEREBY ORDERED** that, pursuant to the parties' stipulation, the present action be dismissed in its entirety with prejudice. Each party is to bear its own fees and costs.

Dated: October 22, 2014

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER DISMISSING ACTION
Case No. C-13-5157-RMW
EDB

- 1 -